**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 02-6679**

————————

BILLY LAND,

Plaintiff - Appellant,

versus

THEODIS BECK, Secretary of Correction; JAMES
B. BENNETT, Director of Prisons; GRADY J.
HAYNES, Superintendent of Warren Correctional;
HATTIE B. PIMPONG, Chief Disciplinary Hearing
Officer; ROBERT TERRY, JR., Hearing Officer;
LT. NORWOOD; J. R. JAMES, Lieutenant; T.
BROWN, Officer; D. HARDING, Officer; A.
PATTERSON,

Defendants - Appellees.

————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-01-533-5-BO)

————————

Submitted: June 20, 2002          Decided: June 27, 2002

————————

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Billy Land, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Billy Land, a Virginia prisoner, appeals the district court's order denying his self-styled "motion for hearing." We have reviewed the record and the district court's opinion and find no reversible error. Land claims the district court must conduct a hearing to determine the constitutionality of a refundable ten dollar administrative fee imposed upon inmates who file internal grievances against prison officials. We have already rejected Land's claim in a prior opinion. <u>See</u> <u>Land v. Beck</u>, No. 01-7386, slip op. (4th Cir. Dec. 28, 2001). Therefore, Land's claim is barred under principles of res judicata. Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2